**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Alexis Ricardo FUENTES–ZUNIGA,
Defendant—Appellant.**

**No. 01–10115.
D.C. No. CR–99–00487–DWH.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2001.*

Decided Aug. 30, 2001.

Before HAWKINS, TASHIMA, and
GOULD, Circuit Judges.

MEMORANDUM **

Alexis Ricardo Fuentes–Zuniga appeals
the sentence imposed following her guilty
plea to a single count of unlawful reentry
of a deported alien in violation of 8 U.S.C.
§§ 1326(a) and (b).

Fuentes–Zuniga contends that in light of
*Apprendi v. New Jersey,* 530 U.S. 466, 120
S.Ct. 2348, 147 L.Ed.2d 435 (2000), the
district court erred in imposing a sentence
in excess of the two-year maximum set
forth in 8 U.S.C. § 1326(a) based upon a
prior felony. Her argument is foreclosed
by this court's recent decision in *United
States v. Pacheco–Zepeda,* 234 F.3d 411
(9th Cir.2000), *amended* (Feb. 8, 2001),

* This panel unanimously finds this case suit-
able for decision without oral argument. See
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.

*cert. denied,* —— U.S. ——, 121 S.Ct. 1503,
149 L.Ed.2d 388 (2001).

The sentence is **AFFIRMED.** This
matter is **REMANDED** to the district
court with directions to correct the judg-
ment of conviction to exclude the reference
to 8 U.S.C. § 1326(b), consistent with
*United States v. Rivera–Sanchez,* 222 F.3d
1057 (9th Cir.2000).

* Because the panel unanimously finds this case
suitable for decision without oral argument,
*see* Fed. R.App. P. 34(a)(2), Harris' request for
oral argument is denied.

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.